# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY NGUYEN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENDOLOGIX, INC., JOHN MCDERMOTT, and VASEEM MAHBOOB,<br><br>Defendants. | Case No: 2:17-cv-00017-AB-PLA<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER CONTINUING HEARING AND BREIFING DEADLINES ON DEFENDANTS' RULE 11 MOTION**<br><br>JUDGE: Hon. André Birotte Jr.<br>DATE: TBD<br>TIME: TBD<br>CTRM: 7B |

Having considered Plaintiff's Ex Parte Application for Order Continuing Hearing and Briefing Deadlines on Defendants' Rule 11 Motion and good cause appearing therefore, the Court **ORDERS** as follows:

1. The hearing on Defendant's Motion for Rule 11 Sanctions (Dkt. No. 36) is hereby **VACATED**.

2. Within 3 days after the Court rules on the Motion to Partially Lift Stay (Dkt. No. 31), the parties are **ORDERED** to meet and confer in an attempt to agree on a reasonable briefing and hearing schedule on the Rule 11 Motion. The Court urges the parties to use their best efforts to agree on a schedule to avoid burdening the Court with non-substantive administrative issues.

3. The parties are **ORDERED** to file a Joint Stipulation (or report, if they can't agree) and Proposed Order regarding the briefing schedule **within 5 days of the Court's ruling on the Stay Motion**.

IT IS SO ORDERED.

DATED: August 2, 2017

THE HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE