**Note Changes Made By The Court**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICKY NGUYEN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENDOLOGIX, INC., JOHN MCDERMOTT, and VASEEM MAHBOOB,<br><br>Defendants. | Case No: 2:17-cv-00017-AB-PLA<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER <u>GRANTING</u> LEAD PLAINTIFF'S MOTION TO LIFT THE PSLRA DISCOVERY STAY OR STRIKE THE DECLARATION WILLIAM COLONE<br><br>DATE:     August 18, 2017<br>TIME:      9:00 a.m.<br>CTRM:    7B<br>JUDGE:   Hon. André Birotte Jr. |

Having considered Lead Plaintiff's Motion to Lift the PSLRA Discovery Stay ("Motion," Dkt. No. 31), Defendants' Opposition, Plaintiff's Reply, and argument of cousel, the Court **<u>ORDERS</u>** as follows:

1. The Court finds that the Declaration of William Colone (Dkt. No. 36-1) is not relevant to the resolution of Defendants' Rule 11 Motion (Dkt. No. 36), and it is premature for the Court to attempt to resolve the disputes between Plaintiffs' First Amended Complaint and the

Colone Declaration. The Court therefore **STRIKES** the Colone Declaration and will not consider it in connection with Defendants' Rule 11 Motion.

2. As a result, Plaintiff's alternative motion to lift the discovery stay is moot.

3. Because Defendant's Rule 11 Motion relies heavily on the now-excluded Colone Declaration, it makes little sense to adjudicate it as filed. The Court therefore **STRIKES** the Rule 11 Motion without prejudice to Defendant filing a new Rule 11 Motion that does not rely on the Colone Declaration. Plaintiff's briefing on the instant motion also previewed her arguments opposing Defendant's Rule 11 Motion. Defendant should consider those arguments in determining whether filing a new Rule 11 Motion is warranted.

**IT IS SO ORDERED.**

DATED: September 7, 2017  
_____  
THE HONORABLE ANDRÉ BIROTTE JR.  
UNITED STATES DISTRICT JUDGE