1
2   NOTE: CHANGES MADE BY THE COURT
3
4
5
6
7
8
9
10
11  **UNITED STATES DISTRICT COURT**
12  **CENTRAL DISTRICT OF CALIFORNIA**
13  **WESTERN DIVISION**

| | |
|---|---|
| VICKY NGUYEN, Individually and on behalf of all others similarly situated, | CASE NO.: 2:17-cv-00017 AB (PLAx) (Consolidated with 8:17-cv-00061 AB (PLAx)) |
| Plaintiff, | **ORDER DENYING DEFENDANTS' MOTION TO TRANSFER VENUE** |
| v. | |
| ENDOLOGIX, INC., JOHN MCDERMOTT, and VASEEM MAHBOOB, | |
| Defendants. | |

1       The Court hereby **<u>DENIES</u>** Defendants Endologix, Inc., John McDermott, and Vaseem Mahboob's (collectively, "Defendants") Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404.  Even assuming Plaintiff incorrectly completed the civil cover sheet, Defendants waived their venue objection by not raising it for eight months after the case was filed and by affirmatively litigating matters before this Court.  The Court further finds that Defendants have not established that the Southern Division is a more convenient forum under 28 U.S.C. § 1404(a).

      **IT IS SO ORDERED.**

DATED: October 11, 2017        _____
                                        THE HONORABLE ANDRÉ BIROTTE JR.
                                        UNITED STATES DISTRICT JUDGE