UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VICKY NGUYEN, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>ENDOLOGIX, INC.; et al.,<br><br>   Defendants - Appellees. | No. 18-56322<br><br>D.C. No. 2:17-cv-00017-AB-PLA<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered June 10, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7